Commonwealth ex rel. Cash, Appellant, *v.* Maroney.

Submitted November 8, 1965. *Robert Cash,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Crawford, Appellant, *v.* Russell.

Submitted November 8, 1965. *Robert J. Crawford, Jr.,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Dinsio et al., Appellants, *v.* Russell.

Submitted November 8, 1965. *James Dinsio* and *Amil Dinsio,* appellants, in propriis personis; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.